# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NIKE, INC.,

                    Plaintiff,

-vs-                                                    Case No.  6:07-cv-1654-Orl-31KRS

OMAR LYDNER and VETA V. BROWN,

                    Defendants.
_____

# ORDER

This cause comes before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 26) filed July 28, 2008.

On September 5, 2008, the United States Magistrate Judge issued a report (Doc. No. 28) recommending that the motion be granted. No objections have been filed.  Therefore, it is

**ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Plaintiff's Motion for Default Judgment is GRANTED.

    3.    The Clerk is directed to enter judgment in favor of the Plaintiff, Nike, Inc., and

against the Defendants Omar Lydner and Veta V. Brown, jointly and severally, in the amount of $60,000.00, plus post-judgment interest pursuant to 28 U.S.C. § 1961(a).

      4.      The court will enter a permanent injunction by separate order.[1]

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on this 25th day of September, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

---

[1]In the report, the United States Magistrate Judge found that Nike had failed to address the basis for one of the paragraphs in its proposed injunctive order, and recommended that this Court either craft its own injunctive order or require further briefing from Nike regarding the problematic paragraph.  (Doc. 28 at 11).  Nike has not objected, and the Court will follow the recommendation.  However, it is apparent that the paragraph at issue was misidentified in the report.  Paragraph "c" on page 4 of the proposed order follows the allegations of the complaint, whereas paragraph "d" appears to go beyond what is alleged in the complaint.  The Court will therefore enter the injunctive order proposed by Nike, except for paragraph "d" on page 4.  If Nike wishes to expand the scope of the injunction to include the proposed paragraph "d", it may file a motion to amend with factual and legal support for the inclusion of such language.